# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

MELINDA RODRIGUEZ, individually and on behalf of all others similarly situated,

    Plaintiff,

    vs.

BEYER & ASSOCIATES, LLC,

    Defendant.

Case No. 1:19-cv-01677-WCG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO: (1) FILE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND (2) OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**THIS MATTER COMING** before the Court on Plaintiff's Motion [Doc. 43] for an Extension of her deadline to file her (i) Motion for Leave to File an Amended Complaint, and (ii) Opposition to Defendant's Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff shall have until June 22, 2020, to file her: (i) Motion for Leave to File an Amended Complaint; and (ii) Opposition to Defendant's Motion to Dismiss.

3. A normal briefing schedule will follow Plaintiff's filing on June 22, 2020.

Dated at Green Bay, Wisconsin this 18th day of June, 2020.

                                          s/ William C. Griesbach
                                          William C. Griesbach, District Judge
                                          United States District Court