# United States District Court
EASTERN DISTRICT OF WISCONSIN

MELINDA RODRIGUEZ,

        Plaintiff,

  v.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-1677

BEYER & ASSOCIATES LLC and
PARKING REVENUE RECOVERY SERVICES INC.,

        Defendants.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and the case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: January 19, 2021

GINA M. COLLETTI
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk